IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR FLORES RODRIGUEZ, | ) | No. C 10-5693 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This case was opened when Oscar Flores Rodriguez, a federal prisoner at the Nevada Southern Detention Center in Pahrump, Nevada, wrote a letter stating that he wanted to file a notice of appeal of his criminal sentence. The letter did not include Petitioner's criminal case number, so the letter was filed as a habeas petition in a new case. Petitioner states that he does not know his criminal case number, but that it should be easy to find using his name. A search has produced no criminal cases with Petitioner's name in this Court. As a result, the notice of appeal cannot be processed and this action is DISMISSED.

Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. Petitioner has failed to make a substantial showing that his claims amounted to a denial of his constitutional rights or demonstrate that a reasonable jurist would find this Court's denial of his claim debatable or wrong. *Slack v.*

1  *McDaniel*, 529 U.S. 473, 484 (2000).  Consequently, no certificate of appealability is
2  warranted in this case
3      The Clerk shall enter judgment and close the file.
4      IT IS SO ORDERED.
5  DATED:  February 10, 2011

                                                JEFFREY S. WHITE
                                                United States District Judge

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

OSCAR FLORES RODRIGUEZ,

        Plaintiff,

 v.

/ et al,

        Defendant.

Case Number: CV10-05693 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Flores Rodriguez
#1466011
Nevada Southern Detention Center
2190 E. Mesquite Road
Pahrump, NV 89060

Dated: February 10, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk